IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

**TFP NETWORK RVOC LIVING TRUST**

**By and Through Its Trustee: Tracie Payton**,
Petitioner,

v.                                                                  2:26-cv-00076-MHT-CWB

**CHRYSLER DODGE JEEP RAM OF GREENVILLE**,
and ALL OTHER PARTIES ACTING UNDER COLOR OF CONTRACT OR CLAIM ADVERSE TO TRUST RES,
Respondents.

RECEIVED
2026 FEB -2 P 12: 57

**VERIFIED BILL IN EQUITY AND PETITION FOR WRIT OF HABEAS CORPUS**

**Comes now**, TFP NETWORK RVOC LIVING TRUST, a private living trust, by and through its lawful fiduciary and Trustee, Tracie Payton, appearing specially and not generally, in equity and not at law, to petition this Honorable Court for equitable relief and issuance of a Writ of Habeas Corpus grounded in the constructive restraint of the Trust estate and fiduciary liberty caused by unlawful commercial enforcement and contractual fraud.

This petition is made in good conscience and honor, and seeks the intervention of the Court's equitable jurisdiction under Article III to remedy the denial of due process, breach of contract obligations, and unlawful restraint imposed upon the Trust and its fiduciary.

**I. JURISDICTION AND VENUE**

1. This Court has original jurisdiction under Article III, Section 2 of the U.S. Constitution to hear all matters in equity.

2. The equitable doctrines of constructive trust, fiduciary impairment, and habeas corpus apply where the restraint upon liberty or estate is effected by constructive means or without lawful authority.

3. Venue is proper in this Court as the underlying transaction and restraint occurred in the Middle District of Alabama, where the Trustee resides and the contract for the subject res (Chevrolet vehicle) was entered.

## II. PARTIES

4. Petitioner is the **TFP NETWORK RVOC LIVING TRUST**, a private living estate trust.

5. **Tracie Payton**, Trustee, acts in a fiduciary and equitable capacity and not as surety for any legal fiction.

6. **Respondents** include the following entities and individuals:

(a) **Chrysler Dodge Jeep Ram of Greenville**, located at 300 Greenville Bypass, Greenville, Alabama 36037;

(b) Any **affiliate lender, financing company, or lienholder** who claims beneficial interest in the subject vehicle or continues to enforce payment obligations thereunder;

(c) Any **third-party collections agency, repossession agent, or credit bureau** acting under color of contract with respect to the same;

(d) **Unknown parties** who may have or claim an interest adverse to the Trustee's equitable right of rescission and release.

## III. FACTUAL BACKGROUND

7. On or about December 2023, Trustee entered a transaction for the purchase of a 2017 Chevrolet Truck from CDJR Greenville.

8. The vehicle was sold "as-is," but soon after delivery it became evident that the truck suffered from multiple substantial mechanical defects impairing safe and lawful operation.

9. Trustee issued a **Revocation of Acceptance** and **Demand for Rescission** pursuant to UCC §2-608, due to the seller's refusal to disclose known defects and refusal to repair.

10. The dealership has refused to accept the revocation, take back the vehicle, or release the Trustee and Trust from financial liability.

11. This has resulted in constructive restraint of:

- Trustee's liberty and credit,
- Trust estate assets,
- Mobility and fiduciary function of the Trustee.

## IV. EQUITABLE BASIS FOR RELIEF

12. Equity intervenes where law is inadequate to provide remedy or where fraud, mistake, or bad faith taints a transaction.

13. The so-called "as-is" disclaimer cannot protect concealment, omission, or deceit.

14. The dealership's continued enforcement of a commercially defective, unconscionable agreement has unlawfully restrained the res and imposed involuntary servitude on the Trustee through unlawful assumption of power.

15. Habeas Corpus is appropriate where liberty or estate is restrained under color of law or contract lacking in equity.

## V. PRAYER FOR RELIEF

Petitioner, standing in equity and invoking this Court's original jurisdiction, prays:

A. That the Court accept jurisdiction over this Verified Bill in Equity;

B. That a Writ of Habeas Corpus issue against any party presently enforcing restraint against the Trustee or Trust res related to the subject vehicle;

C. That the Court declare the sale contract void ab initio for want of equity and fraud in the inducement;

D. That Respondents be enjoined from further enforcement, collections, or liens regarding the subject res;

E. That full equitable relief be granted in the form of restoration, rescission, and release;

F. For such other and further relief in law and equity as this Court deems just.

## VERIFICATION

I, Tracie Payton, Trustee for TFP NETWORK RVOC LIVING TRUST, declare under penalty of perjury that the foregoing is true, correct, and complete to the best of my personal knowledge, and that I submit this petition in good faith, without waiver of rights, and solely for the purpose of invoking equitable conscience.

Executed this **2** day of **2**, 2026.

**Tracie Payton**, Trustee
TFP NETWORK RVOC LIVING TRUST
By Special Appearance Only, In Equity

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been served upon:

- CDJR of Greenville, Alabama
- Clerk of Court, U.S. District Court, Middle District of Alabama
- Any relevant financial entities attempting collection or enforcement

Executed this **2** day of **2**, 2026.

Tracie Payton, Trustee

*Tracie F. Payton* (signature)