IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

<table>
<tr><td>TFP NETWORK RVOC LIVING<br>TRUST, By and Through Its<br>Trustee: Tracie Payton,</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td>Plaintiff,</td><td>)<br>)</td><td>CIVIL ACTION NO.</td></tr>
<tr><td>v.</td><td>)<br>)</td><td>2:26cv76-MHT<br>(WO)</td></tr>
<tr><td>CHRYSLER DODGE JEEP RAM OF<br>GREENVILLE,</td><td>)<br>)<br>)</td><td></td></tr>
<tr><td>Defendant.</td><td>)</td><td></td></tr>
</table>

OPINION

This lawsuit began when plaintiff filed a document titled "Verified Bill in Equity and Petition for Writ of Habeas Corpus" (Doc. 1), seeking to escape from a contract she entered to purchase a vehicle that turned out to have multiple problems. After being informed by the court that she needed to pay the filing fee for a civil action or submit a request to proceed in forma pauperis, plaintiff clarified that she wished to have the lawsuit treated solely as a petition for habeas

corpus pursuant to 28 U.S.C. § 2241.

This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of March, 2026.

    /s/ Myron H. Thompson    
UNITED STATES DISTRICT JUDGE

2