IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

TFP NETWORK RVOC LIVING      )
TRUST, By and Through Its    )
Trustee: Tracie Payton,      )
                             )
    Plaintiff,               )
                             )       CIVIL ACTION NO.
    v.                       )         2:26cv76-MHT
                             )           (WO)
CHRYSLER DODGE JEEP RAM OF    )
GREENVILLE,                  )
                             )
    Defendant.               )

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 8) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 7) is adopted.

(3) This lawsuit is dismissed without prejudice.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of March, 2026.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2